**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**MIKE HESS and**
**BRENDA HESS**                                                                                             **PLAINTIFFS**

v.                               CASE NO. 1:10CV00013 BSM

**TERMINIX INTERNATIONAL**
**COMPANY, LP**                                                                                             **DEFENDANT**

**ORDER**

On May 4, 2011, a telephone conference was held on the pending motions to dismiss and to enforce settlement agreement. [Doc. Nos. 13, 14]. Because plaintiffs have acknowledged that they duly executed a written release of all claims and cashed the settlement check tendered by defendant, the settlement agreement is hereby enforced, and plaintiffs' claims are dismissed with prejudice. An appropriate judgment will accompany this order.

IT IS SO ORDERED this 5th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE