IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MIKE HESS and
BRENDA HESS                                                                             PLAINTIFFS

v.                                        CASE NO. 1:10CV00013 BSM

TERMINIX INTERNATIONAL
COMPANY, LP                                                                             DEFENDANT

## JUDGMENT

Pursuant to the order entered today, this case is hereby dismissed with prejudice.

Dated this 5th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE